FILED: June 26, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-6

(1:09-cv-00416-RJC)

_____

JAMES LEWIS MORGAN

  Petitioner - Appellant

v.

WARDEN KENNETH E. LASSITER, Central Prison, Raleigh, North Carolina

  Respondent - Appellee

_____

O R D E R

_____

  Appellant has moved for appointment of independent, qualified counsel under Martinez v. Ryan, 132 S. Ct. 1309 (2012), and for remand to the district court to permit Martinez counsel to investigate and file any additional claims in the district court within 180 days of appointment.  Appellee has filed a response in opposition.

  The court grants the motion.  The clerk is directed to appoint Martinez counsel and remand the case to the district court for counsel to file any additional

claims within 180 days of the order of appointment.

For the Court

/s/ Patricia S. Connor, Clerk