IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| JAMES MORGAN ) | |
| ) | |
| v.   ) | CASE NO. 12-6 |
| ) | |
| KENNETH LASSITER, ) | |
| Warden  ) | |
| ) | |

## CONDITIONAL MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES M. Gordon Widenhouse, Jr., on behalf of James Morgan and pursuant to a request from this Court, and moves to be appointed as capital post-conviction counsel for the purposes of conducting a review pursuant to *Martinez v. Ryan*. This motion for appointment of counsel is conditioned on this Court appointing two attorneys to engage in this review. In support of this motion, Mr. Morgan shows the following:

1. This case is an appeal from the denial of a petition for a writ of habeas corpus in a capital case. Petitioner was convicted of first degree murder and sentenced to death in state court.

2. Mr. Morgan's prior counsel moved this Court to appoint new counsel to conduct a review of the state post-conviction proceedings pursuant to *Martinez v. Ryan*, 132 S.Ct. 1309 (2012). [DE 15] This Court granted the motion and directed the

clerk to appoint counsel for this purpose. [DE 19] Prior counsel then filed a motion for the appointment of two named attorneys to investigate the matter on remand. [DE 20]

    3. The Court then contacted the undersigned and requested that he undertake this representation. The undersigned indicated he would do so, but only if co-counsel was appointed to assist in the effort and if both counsel were compensated at the rate for capital representation under the Criminal Justice Act. The undersigned does not have time to engage in the necessary investigation and review required for this effort within the 180 days required by the order of remand without qualified co-counsel.

    4. The undersigned has communicated with G. Glenn Gerding about accepting appointment as co-counsel in this matter. Mr. Gerding, who is on this Court's panel of attorneys qualified to accept CJA appointment in capital cases, is willing to accept appointment in this matter.

    5. This case is an appeal from a denial of habeas corpus in a capital case. The review required by this Court's order justifies the appointment of two attorneys qualified to handle capital post-conviction cases. For the undersigned to accept this appointment, it is necessary for this Court to appoint two attorneys qualified to handle capital post-conviction litigation. Otherwise, the undersigned must decline appointment in this matter.

6. The interests of justice will best be served by appointing M. Gordon Widenhouse, Jr. and G. Glenn Gerding as counsel to conduct the investigation under *Martinez v. Ryan*.

WHEREFORE, M. Gordon Widenhouse, Jr., on behalf of James Morgan, respectfully requests that this Court appoint him and G. Glenn Gerding as counsel to act pursuant to this Court's order of remand. [DE 19]

RESPECTFULLY submitted this the 18th day of July, 2014.

    s/ M. Gordon Widenhouse, Jr.
M. Gordon Widenhouse, Jr.
Rudolf Widenhouse & Fialko
312 West Franklin Street
Chapel Hill, NC 27516
(919) 967-4900
mgwidenhouse@RWF-law.com

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on this 18th day of July, 2014, I caused this Conditional Motion for Appointment of Counsel be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the counsel using the CM/ECF System.

s/ M. Gordon Widenhouse, Jr.<br>M. Gordon Widenhouse, Jr.