FILED: July 31, 2014

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 12-6
(1:09-cv-00416-RJC)
_____

JAMES LEWIS MORGAN

    Petitioner - Appellant

v.

WARDEN KENNETH E. LASSITER, Central Prison, Raleigh, North Carolina

    Respondent - Appellee

_____

O R D E R
_____

The court grants appellant's motion for appointment of two attorneys to provide representation pursuant to Martinez v. Ryan, 132 S. Ct. 1309 (2012).

M. Gordon Widenhouse, Jr., and G. Glenn Gerding are appointed pursuant to 18 U.S.C. § 3599(c) and the Criminal Justice Act.

The appointments shall take effect August 1, 2014, and counsel shall have 180 days from August 1, 2014, to investigate and file any additional claims in the district court in accordance with this court's remand for further proceedings

pursuant to <u>Martinez v. Ryan</u>.

                For the Court

                <u>/s/ Patricia S. Connor, Clerk</u>