FILED: April 15, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-6
(1:09-cv-00416-RJC)

_____

JAMES LEWIS MORGAN

      Petitioner - Appellant

v.

WARDEN KENNETH E. LASSITER, Central Prison, Raleigh, North Carolina

      Respondent - Appellee

_____

O R D E R

_____

Upon consideration of the motion for an extension of time to complete review on remand, the court grants the motion.

Appointed counsel shall have until May 29, 2015, in which to file any additional claims in the district court in accordance with this court's remand for further proceedings pursuant to <u>Martinez v. Ryan</u>.

For the Court

/s/ Patricia S. Connor, Clerk